BARKETT, Circuit Judge,
Specially Concurring:
The question of whether Nelda Gregory is an “outside salesperson,” as defined by the Secretary of Labor in 29 U.S.C. § 213(a)(1), is a close one. However, I believe the decision of the district court should be affirmed because Ms. Gregory has failed to offer proof of overtime hours actually worked. By her own admission, Ms. Gregory cannot locate the one appointment book in which she claims she may have recorded her overtime hours nor did she inform First Title of those hours until shortly before she was fired. Ms. Gregory argues that First Title “should have known” she was working the extra hours; however she does not point to any evidence in the record to support such a claim. Because Ms. Gregory would be unable to collect overtime pay from First Title, any attempt to determine her entitlement to such pay under the FLSA is unnecessary.